IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOPIA TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BOX, INC., SAILPOINT TECHNOLOGIES § <br> HOLDINGS, INC. and VISTRA CORP., § <br> § <br> Defendants. § <br> § § § | Civil Action No. 6:21-cv-01372-ADA <br><br> JURY DEMAND |

**STATUS REPORT REGARDING DEFENDANT BOX, INC.'S
MOTION TO SEVER, STAY, AND TRANSFER**

Pursuant to the Court's Order Governing Proceedings (OGP) 4.2—Patent Cases and Second Amended Standing Order Regarding Motions for Inter-District Transfer, Defendant Box, Inc. ("Box") provides the following status report for its Motion to Sever, Stay, and Transfer (the "Motion," Dkt. 44). Box's Motion is fully briefed and ripe for resolution by the Court.

Dated: November 21, 2022

*/s/ Naina Soni*
Heidi L. Keefe (CA Bar 178960)
hkeefe@cooley.com
Reuben H. Chen (*pro hac vice*)
rchen@cooley.com
Lowell D. Mead (CA Bar 223989)
lmead@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400

Naina Soni (*pro hac vice*)
nsoni@cooley.com

1

COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: 202-842-7800
Facsimile: 202-842-7899

*Attorneys for Defendant Box, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to opposing counsel of record via electronic mail on November 21, 2022.

*/s/ Naina Soni*
Naina Soni